JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY A. DAVIS,<br><br>      Petitioner,<br><br>      v.<br><br>ROBERT WERTHWEIN, et al.,<br><br>      Respondents. | Case No. 2:20-cv-10895-SB (SP)<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that the Petition and this action are dismissed with prejudice.

DATED: June 24, 2022

_____
HONORABLE STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

1